June 21, 2004

FILED
IN CLERKS OFFICE

2004 JUN 22 P 12: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court
for the District of Massachusetts
Clerk of the Court
U.S. Courthouse
One Courthouse Way
Boston, MA  02210


Reference: Robert Krilich, Sr. v. Winn, Waarden, Civil Action
              No. 04-40111-DPW Filed June 14, 2004 - Error in Order


Dear Clerk of the Court :

    I am the Plaintiff in the above referenced civil action under
28 U.S.C. § 2241. The Judge's Order attached hereto Orders that a
copy be sent to the Respondent "and the Attorney General for the
Commonwealth of Massachusetts." This is in error. I am a federal
prisoner and the copy should be sent to the United States Attorney
for the District of Massachusetts,.

    The Notice of Electronic Filing is also in error. It states
that "Order entered pursuant to R.4 of the Rules governing
Section 2254 cases for service on respondents." Again this is in
error as this is a § 2241 case and not a § 2254 case.

    Please inform the Court of the correct state of affairs so
that my § 2241 Petition is not unduly delayed. I thank you for
your earliest attention to these matters, and until I next hear
from you, I remain          Sincerely yours,

                            _____
                            Robert Krilich, Sr., Plaintiff Pro Se
                            Federal Registry No. 06108-424
                            Housing Unit J-B, F.M.C. Devens
                            P.O.Box 879
                            Ayer, MA  01432

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT KRILICH, SR,

V.                                    CIVIL ACTION NO. 04-40111-DPW

DAVID WINN, WARDEN

### **ORDER**

WOODLOCK, District Judge

Pursuant to Rule 4 of the Rules Governing Section 2241 Cases, the Clerk of this Court is hereby ordered to serve a copy of the **Petition for a Writ of Habeas Corpus,** by mailing a copies of same, certified mail, to the Respondent and the Attorney General for the Commonwealth of Massachusetts.

It is Further Ordered that the Respondent shall, within 20 days of receipt of this Order, but no later than **12:00 NOON ON JULY 6, 2004,** file a motion to dismiss or other dispositive motion to the Petition for a Writ of Habeas Corpus. The Respondent may file an Answer or other responsive pleading, in addition to, but not in lieu of, the filing of a dispositive motion within the time period prescribed herein.

The Court further requests the Respondent, as part of the response, to file such documents which reflect on the issue as to whether Petitioner(s) exhausted available state remedies with respect to the matters raised by the Petition.

DOUGLAS P. WOODLOCK
United States District Judge

By:  /s/ Rebecca Greenberg
Deputy Clerk

Date: June 14, 2004

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Greenberg, Rebecca entered on 6/14/2004 at 4:40 PM EDT and filed on 6/14/2004
Case Name:  Krilich v. Winn
Case Number: 4:04-cv-40111
Filer:
Document Number: 2

Docket Text:
Judge Douglas P. Woodlock : ORDER entered:SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due July 6, 2004.(Greenberg, Rebecca)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=6/14/2004] [FileNumber=558626-0]
[09fd46c8cca2630a0a1cf27f2d67f18e223723a204cb59b0b2bc67f39f8ab9343018
510daf39782e437ee4eec8856a928975db7f06eca25af5ae6b75d54083ed]]

4:04-cv-40111 Notice will be electronically mailed to:

4:04-cv-40111 Notice will not be electronically mailed to:

Robert Krilich
06108-424
FMC, Devens
PO Box 879
Ayer, MA 01432