IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT KRILICH, SR.,  :
   Petitioner
                              :

v.                      :         Civil Action NO. 04-40111-DPW

                              :

WARDEN DAVID WINN,
   Respondent               :

## MOTION FOR LEAVE TO FILE GOVERNMENT'S MOTION FOUR HOURS LATE

The undersigned hereby moves the Court for leave to file the Government's Motion to Dismiss four hours late. As grounds for the motion, the undersigned submits that, upon being assigned this matter, a response date of July 6, 2004 was duly calendared without noting that the Court's June 14, 2004 Order included a time of 12:00 noon on that date.

The undersigned takes full responsibility for the error, which was just noted, and seeks leave of the Court to file no more than four hours late on July 6, 2004.

                               By: _____
                                     LORI J. HOLIK
                                     Assistant U.S. Attorney

Date: July 6, 2004

CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2004, I caused a copy of the above to be served on the Petitioner by causing same to be mailed, first class mail, postage prepaid, to: Robert Krilich, Sr., 06108-424, FMC, Devens, PO Box 879, Ayer, MA 01432.

_____
Lori J. Holik
Assistant U.S. Attorney