FILED
IN CLERKS OFFICE

2004 JUL 12  A 11: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

The Honorable _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# AT BOSTON

| | |
|---|---|
| Robert Krilich, Sr. | ) |
| Petitioner, | ) No. 04 cv 40111-DPW |
| v. | ) AMENDED PETITION FOR |
| DAVID WINN, Warden, Federal Medical Center, Devens, Massachusetts, | ) WRIT OF HABEAS CORPUS |
| Respondent | ) |

Petitioner is being held at the Federal Medical Center in Devens, Massachusetts on charges of which he is factually innocent. Petitioner initially filed a *pro se* Motion for Writ of Habeas Corpus on June 7, 2004. He now files this counseled, amended petition pursuant to FED R. CIV. P.15(a). For the reasons explained in Petitioner's Memorandum in Support of his Amended Petition for Writ of Habeas Corpus, Petitioner moves this Court to overturn his sentence and conviction on his RICO conspiracy charge.

MOTION FOR WRIT OF HABEAS CORPUS 1
C:\NRPORTBL\SEA\CARTS\1506745_1.DOC

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

DATED this ___9th___ day of July, 2004.

        Davis Wright Tremaine LLP
        Attorneys for Petitioner Robert C. Krilich, Sr.

        By _/s/ Peerapong Tantamjarik by Scott Carter-Eldred_
        Peerapong Tantamjarik, BBO # 654179
        Davis Wright Tremaine LLP
        Suite 600
        One Embarcadero Center
        San Francisco, California 94111-3611
        (415) 276-6500

        Jeffrey L. Fisher
        Scott Carter-Eldred
        Davis Wright Tremaine LLP
        2600 Century Square
        1501 Fourth Avenue
        Seattle, WA 98101
        (206) 622-3150

        Attorneys for Petitioner Robert C. Krilich, Sr.

MOTION FOR WRIT OF HABEAS CORPUS 2
C:\NRPORTBL\SEA\CARTS\1506745_1.DOC