The Honorable _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
AT BOSTON

Robert Krilich, Sr.,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Petitioner,　　　　　　　 )　　No. 04-CV-40111DPW
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　DECLARATION OF SCOTT
　　　　　　　　　　　　　　　　　　)　　CARTER-ELDRED
DAVID WINN, Warden, Federal Medical　)
Center, Devens, Massachusetts,　　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　　　Respondent　　　　　　　)

I, Scott Carter-Eldred, declare

1. I am an attorney with the law firm of Davis Wright Tremaine LLP, attorneys for Petitioner Robert Krilich. I make this declaration on personal knowledge of the facts herein.

2. Attached as Exhibit A is a true and correct copy of the Verdict Form from Robert Krilich's trial in this case.

3. Attached as Exhibit B is a true and correct copy of the Superseding Indictment filed against Mr. Krilich in this case.

4. Attached as Exhibit C is a true and correct copy of the order denying defendant's 28 U.S.C. §2255 motion.

5. Attached as Exhibit D is a true and correct copy of the Jury Instructions on the predicate acts for Mr. Krilich's RICO conviction that were given to the Jury in his case.

DECLARATION OF SCOTT CARTER-ELDRED— 1
C:\NRPORTBL\SEA\CARTS\1523571_1.DOC

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

6. Attached as Exhibit E is a true and correct copy of the *pro se* petition filed by Mr. Krilich on June 7, 2004.

7. Attached as Exhibit F is a true and correct copy of the final sentencing order in Mr. Krilich's case.

I declare, under penalty of perjury, that the foregoing is true and correct.

EXECUTED this 9th day of July, 2004, at Seattle, Washington

By _____
Scott Carter-Eldred

DECLARATION OF SCOTT CARTER-ELDRED— 2
C:\NRPORTBL\SEA\CARTS\1523571_1.DOC