The Honorable _____

FILED
IN OFFICE

2004 JUL 12 A 11: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
AT BOSTON

Robert Krilich, Sr.,

        Petitioner,

v.

DAVID WINN, Warden, Federal Medical Center, Devens, Massachusetts,

        Respondent.

No. 04-CV-40111-DPW

DECLARATION OF SERVICE

I, Chris Lewis, the undersigned, hereby certify and declare under penalty of perjury under the laws of the State of Washington that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause.

2. I am employed by the law firm of Davis Wright Tremaine LLP. My business and mailing addresses are both 2600 Century Square, 1501 Fourth Avenue, Seattle, Washington 98101-1688.

3. I served a true copy of the following documents:

    (a) Civil Cover Sheet;

    (b) Local Category Form;

    (c) Amended Petition for Writ of Habeas Corpus;

    (d) Memorandum in Support of Amended Petition for Writ of Habeas Corpus;

    (e) Declaration of Scott Carter-Eldred; and

---

**DECLARATION OF SERVICE - 1**

SEA 1524061v1 65547-1

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

1      (f)    Declaration of Service.

2  by Federal Express mail to the respondent below:

3
        David Winn
4          Federal Medical Center Devens
        42 Patton Road
5          Devens, MA 01432

6

7  DATED this _9th_ day of July, 2004.

8          Davis Wright Tremaine LLP

9

10         By _____Chris Lewis_____
11                 Chris Lewis

**DECLARATION OF SERVICE - 2**
SEA 1524061v1 65547-1

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699