IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
AT BOSTON

| | |
|---|---|
| Robert Krilich, Sr.,<br><br>        Petitioner,<br><br>v.<br><br>DAVID WINN, Warden, Federal Medical Center, Devens, Massachusetts,<br><br>        Respondent | No. 04-40111-DPW<br><br>RESPONSE TO RESPONDENT'S MOTION TO DISMISS |

## I.  RELIEF REQUESTED

Petitioner filed a *pro se* Motion for Writ of Habeas Corpus with this court on June 10, 2004. *See* Docket No. 1. Petitioner subsequently obtained counsel and filed a counseled amendment to his petition on July 12, 2004. Before the amended petition was received by the court, Respondent filed a Motion to Dismiss Petitioner's *pro se* petition on July 6, 2004. *See* Docket No. 5.

In light of the amended petition, Respondent's Motion to Dismiss the *pro se* petition is moot. The court should dismiss the motion without prejudice and allow Respondent to respond to the amended petition. Respondent has agreed that respondent needs to file a response to the amended pleading. *See* Declaration of Scott Carter-Eldred, attached.[1]

---

[1] Petitioner filed a *pro se* response to the Government's Motion, which petitioner hereby withdraws.

**Response to Motion to Dismiss— 1**

SEA 1528052v1 65547-1
Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

DATED this 20th day of July, 2004.

        Davis Wright Tremaine LLP
        Attorneys for Petitioner Robert C. Krilich, Sr.

        By /s/ *Peerapong Tantamjarik by SMCd*
        Peerapong Tantamjarik, BBO # 654179
        Davis Wright Tremaine LLP
        Suite 600
        One Embarcadero Center
        San Francisco, California 94111-3611
        (415) 276-6500

        Jeffrey L. Fisher
        Scott Carter-Eldred
        Davis Wright Tremaine LLP
        2600 Century Square
        1501 Fourth Avenue
        Seattle, WA 98101
        (206) 622-3150

        Attorneys for Petitioner Robert C. Krilich, Sr.

**Response to Motion to Dismiss**— 2

SEA 1528052v1 65547-1

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699