IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
AT BOSTON

| | |
|---|---|
| Robert Krilich, Sr.,<br><br>  Petitioner,<br><br>v.<br><br>DAVID WINN, Warden, Federal Medical Center, Devens, Massachusetts,<br><br>  Respondent | No. 04-40111-DPW<br><br>DECLARATION OF SCOTT CARTER-ELDRED |

I, Scott Carter-Eldred, declare

1. I am an attorney with the law firm of Davis Wright Tremaine LLP, attorneys for Petitioner Robert Krilich. I make this declaration on personal knowledge of the facts herein.

2. I spoke to Lori Holik, the Assistant United States Attorney assigned to this case via telephone on July 20, 2004. Ms. Holik agreed that, in light of the amended petition filed on July 12, 2004, the government's Motion to Dismiss the *pro se* motion is moot and the government will file a new response to the amended petition.

I declare, under penalty of perjury, that the foregoing is true and correct.

EXECUTED this 20th day of July, 2004, at Seattle, Washington

By /s/ Scott Carter-Eldred

DECLARATION OF SCOTT CARTER-ELDRED— 1

SEA 1528044v1 65547-1

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699