IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
AT BOSTON

| | |
|---|---|
| Robert Krilich, Sr., <br><br> Petitioner, <br><br> v. <br><br> DAVID WINN, Warden, Federal Medical Center, Devens, Massachusetts, <br><br> Respondent. | No. 04-40111-DPW <br><br> DECLARATION OF SERVICE |

I, Chris Lewis, the undersigned, hereby certify and declare under penalty of perjury under the laws of the State of Washington that the following statements are true and correct:

1.  I am over the age of 18 years and am not a party to the within cause.

2.  I am employed by the law firm of Davis Wright Tremaine LLP. My business and mailing addresses are both 2600 Century Square, 1501 Fourth Avenue, Seattle, Washington 98101-1688.

3.  I served a true copy of the following documents:

    (a)  Response to Respondent's Motion to Dismiss;

    (b)  Declaration of Scott Carter-Eldred; and

    (c)  Declaration of Service

by U.S. Mail to the counsel of record below.

**DECLARATION OF SERVICE - 1**

SEA 1528176v1 65547-1

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Lori J. Holik
Assistant U.S. Attorney
U.S. District Court of Massachusetts
One Courthouse Way
John Joseph Moakley Courthouse
Boston, MA  02210

DATED this 20th day of July, 2004.

Davis Wright Tremaine LLP

By _____
Chris Lewis

**DECLARATION OF SERVICE - 2**

SEA 1528176v1 65547-1

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699