IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUL 20 P 11: 21
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| ROBERT KRILICH, SR., )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>WARDEN DAVID WINN, )<br>)<br>Respondent. ) | Case No. 04-40111-DPW |

MOTION TO EXTEND TIME FOR FILING OPPOSITION TO RESPONDENT'S
MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS
UNDER 28, U.S.C. § 2241

WHEREAS, on June 10, 2004, Petitioner, Robert Krilich, Sr., Pro Se, filed a petition seeking a Writ of Habeas Corpus to issue pursuant to 28 U.S.C. § 2241;

WHEREAS, on July 6, 2004, the Respondent, Warden David Winn, filed a Motion to Dismiss Petition for Writ of Habeas Corpus Under Title 28, U.S.C. § 2241;

WHEREAS, Petitioner, Robert Krilich, Sr., Pro Se, will be filing an opposition to Respondent's Motion to Dismiss; and

WHEREAS, the opposition is due on July 20, 2004.

NOW, THEREFORE, Petitioner, Robert Krilich, Sr., Pro Se, respectfully requests a thirty (30) day extension to file an opposition to the Respondent's Motion to Dismiss.

Respectfully Submitted,

/s/ Robert Krilich
Robert Krilich, Sr., Petitioner, Pro Se
Federal Registry No. 06108-424
Housing Unit J-B
Federal Medical Center Devens
P.O. Box 879
Ayer, Ma 01432

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed an original copy of the attached Motion to Extend Time for Filing Opposition to Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus under 28, U.S.C. § 2241, by first-class mail, postage pre-paid to the following:

United States District Court
for the District of Massachusetts
Clerk of the Court
U.S. Courthouse
One Courthouse Way
Boston, Ma 02210

and

Warden David Winn
FMC Devens
42 Patton Road
Devens, Ma 01432

and placing same in the U.S. mail by deposition same in the Institution's legal mail box for forwarding on July 16th, 2004.

Robert Krilich, Sr., Petitioner, Pro Se