IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
AT BOSTON

| | |
|---|---|
| Robert Krilich, Sr.,<br><br>          Petitioner,<br><br>v.<br><br>DAVID WINN, Warden, Federal Medical Center, Devens, Massachusetts,<br><br>          Respondent | No. 04-40111-DPW<br><br>MOTION FOR LEAVE TO AMEND PETITION FOR HABEAS CORPUS |

Petitioner seeks leave to amend his Memorandum in Support of Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2242 and FED R. CIV. PROC. 15(a). Respondent has not yet responded to Petitioner's counseled Petition for Writ of Habeas Corpus, and is no way prejudiced by this amendment.

MOTION FOR LEAVE TO AMEND — 1

SEA 1528699v1 65547-1

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

1 | DATED this 26th day of July, 2004.

        Davis Wright Tremaine LLP
        Attorneys for Petitioner Robert C. Krilich, Sr.


        By ____/s Peerapong Tantamjarik_____
        Peerapong Tantamjarik, BBO # 654179
        Davis Wright Tremaine LLP
        Suite 600
        One Embarcadero Center
        San Francisco, California 94111-3611
        (415) 276-6500

        Jeffrey L. Fisher
        Scott Carter-Eldred
        Davis Wright Tremaine LLP
        2600 Century Square
        1501 Fourth Avenue
        Seattle, WA 98101
        (206) 622-3150

        Attorneys for Petitioner Robert C. Krilich, Sr.

MOTION FOR LEAVE TO AMEND — 2
SEA 1528699v1 65547-1