1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
AT BOSTON

Robert Krilich, Sr.,                          )
                                              )
                        Petitioner,           )        No. 04-40111-DPW
                                              )
        v.                                    )        DECLARATION OF SERVICE
                                              )
DAVID WINN, Warden, Federal Medical           )
Center, Devens, Massachusetts,                )
                                              )
                        Respondent.           )
_____ )

        I, Sheilagh Hankins, the undersigned, hereby certify and declare under penalty of

perjury under the laws of the State of Washington that the following statements are true and

correct:

        1.      I am over the age of 18 years and am not a party to the within cause.

        2.      I am employed by the law firm of Davis Wright Tremaine LLP.  My business

and mailing addresses are both 2600 Century Square, 1501 Fourth Avenue, Seattle,

Washington 98101-1688.

        3.      I served a true copy of the following documents:

                (a)     Motion for Leave to Amend Petition for Habeas Corpus;

                (b)     Amended Memorandum in Support of Petition for Habeas Corpus; and

                (c)     Declaration of Service

by U.S. Mail to the counsel of record below.

**DECLARATION OF SERVICE - 1**
SEA 1528176v1 65547-1

1
2
3
4

Lori J. Holik
Assistant U.S. Attorney
U.S. District Court of Massachusetts
One Courthouse Way
John Joseph Moakley Courthouse
Boston, MA  02210

5

6     DATED this ___26th___ day of July, 2004.

7                                    Davis Wright Tremaine LLP

8

9                         By _____
10                                    Sheilagh Hankins
11

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**DECLARATION OF SERVICE - 2**
SEA 1528176v1 65547-1

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699