IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------

ROBERT KRILICH, SR.,            :
    Petitioner
             :

  v.                   :        Civil Action NO. 04-40111-DPW

             :

WARDEN DAVID WINN,
    Respondent              :

---------------------------

### GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS
(ASSENTED TO)

The government hereby moves the Court for an additional period of twenty days, until September 7, 2004, within which to file its motion to dismiss petitioner's (second) amended petition for habeas corpus.

As grounds for the motion, the government submits that since the time that it filed its original motion to dismiss in response to petitioner's pro se petition, petitioner has filed a "counseled" petition and has since amended that petition. Pursuant to the Court's order dated August 3, 2004, the government's response to the (second) amended petition is due on August 16, 2004, a date that falls within the undersigned's scheduled vacation. As a result of the press of other cases, the undersigned has not completed the revisions to the government's original motion to dismiss necessitated by petitioner's

amendments and accordingly seeks an additional twenty days, or until September 7, 2004, to file.

Scott Carter-Eldred, counsel of record for the petitioner, assents to this request for continuance.

Wherefore, the government respectfully requests that its motion for continuance be allowed and that the period within which it may file its response to the (second) amended petition be continued to September 7, 2004.

By: /s/ Lori J. Holik
    Assistant U.S. Attorney

Date: August 11, 2004

CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2004, I caused a copy of the above to be served on the Petitioner by causing same to be mailed, first class mail, postage prepaid, to: Scott Carter-Eldred, Esq., Davis Wright Tremaine LLP, 2600 Century Square, 1501 Fourth Avenue, Seattle, WA 98101.

_____/s/_____
Lori J. Holik
Assistant U.S. Attorney