IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
AT BOSTON

Robert Krilich, Sr.,

      Petitioner,

v.

DAVID WINN, Warden, Federal Medical Center, Devens, Massachusetts,

      Respondent.

No. 04-40111-DPW

DECLARATION OF SERVICE

I, Sheilagh Hankins, the undersigned, hereby certify and declare under penalty of perjury under the laws of the State of Washington that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause.

2. I am employed by the law firm of Davis Wright Tremaine LLP. My business and mailing addresses are both 2600 Century Square, 1501 Fourth Avenue, Seattle, Washington 98101-1688.

3. I served a true copy of the following documents:

    (a) Memorandum in Opposition to Government's Motion to Dismiss Amended Petition for Writ of Habeas Corpus; and

    (b) Declaration of Service

by U.S. Mail to the counsel of record below.

**DECLARATION OF SERVICE - 1**

SEA 1528176v1 65547-1

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

Lori J. Holik
Assistant U.S. Attorney
U.S. District Court of Massachusetts
One Courthouse Way
John Joseph Moakley Courthouse
Boston, MA 02210

DATED this 20th day of September, 2004.

Davis Wright Tremaine LLP

By /s/ Sheilagh Hankins
Sheilagh Hankins

**DECLARATION OF SERVICE - 2**

SEA 1528176v1 65547-1

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699