UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT KRILICH, SR., | ) | |
| Petitioner, | ) | CIVIL ACTION NO. |
| | ) | 04-40111-DPW |
| v. | ) | |
| | ) | |
| WARDEN DAVID WINN, | ) | |
| Respondent. | ) | |

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

       For the reasons stated in the Memorandum and Order issued December 20, 2004, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

BY THE COURT,

Dated: December 21, 2004

/s/Michelle Rynne
Deputy Clerk