IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
AT BOSTON

| | |
|---|---|
| Robert R. Krilich, Sr. ) | |
| ) | |
| Petitioner, ) | No. 04-40111-DPW |
| ) | |
| v. ) | NOTICE OF APPEAL |
| ) | |
| DAVID WINN, Warden, Federal Medical ) Center, Devens, Massachusetts, ) | |
| ) | |
| Respondent ) | |

Notice is hereby given that Robert R. Krilich, Sr., petitioner in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Order of Dismissal entered in this action on the 21st day of December, 2004. A copy of that Order is attached hereto.

NOTICE OF APPEAL— 1

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

1
2    DATED this _____ day of January, 2005.
3
4                               Davis Wright Tremaine LLP
                                 Attorneys for Petitioner Robert R. Krilich, Sr.
5
6                               By ____/s Peerapong Tantamjarik_____
                               Peerapong Tantamjarik, BBO # 654179
7                               Davis Wright Tremaine LLP
                               Suite 600
8                               One Embarcadero Center
                               San Francisco, California 94111-3611
9                               (415) 276-6500
10                             Jeffrey L. Fisher
                               Scott Carter-Eldred
11                             Davis Wright Tremaine LLP
                               2600 Century Square
12                             1501 Fourth Avenue
                               Seattle, WA 98101
13                             (206) 622-3150
14                             Attorneys for Petitioner Robert R. Krilich, Sr.

15
16
17
18
19
20
21
22
23
24
25
26
27

NOTICE OF APPEAL— 2

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699