UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
ROBERT KRILICH, SR.,           )
Petitioner,                    ) CIVIL ACTION NO.
                               ) 04-40111-DPW
v.                             )
                               )
WARDEN DAVID WINN,             )
Respondent.                    )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    For the reasons stated in the Memorandum and Order issued December 20, 2004, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

                                                 BY THE COURT,

                                                 /s/Michelle Rynne
Dated: December 21, 2004          Deputy Clerk