# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-40111

Robert R. Frilich, Sr.

v.

David Winn

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/10/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 19, 2005.

Tony Anastas, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/19/05

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL, HABEAS

# United States District Court
## District of Massachusetts (Worcester)
## CIVIL DOCKET FOR CASE #: 4:04-cv-40111-DPW

Krilich v. Winn
Assigned to: Judge Douglas P. Woodlock
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 06/10/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Robert Krilich, Sr.**      represented by      **Robert Krilich, Sr.**
06108-424
FMC, Devens
PO Box 879
Ayer, MA 01432
PRO SE

**Peerapong Tantamjarik**
Davis, Wright, Tremaine
One Embacadero Center
Suite 600
San Francisco, CA 94111
415-276-6504
Fax: 415-276-6599
Email: ptantamjarik@dwt.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Warden David L. Winn**  represented by  **Lori J. Holik**
*Warden*  United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3161
Fax: 617-748-3960
Email: lori.holik@justice.usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2004 | 1 | PETITION for Writ of Habeas Corpus 2241 $ 5, receipt number 404345, filed by Robert Krilich Sr.. (Attachments: # 1 Exhibit Part 1# 2 Exhibit Part 2# 3 Exhibit Part 3)(Jones, Sherry) (Entered: 06/14/2004) |
| 06/14/2004 | 2 | Judge Douglas P. Woodlock : ORDER entered:SERVICE ORDER re 2241 Petition. Order entered pursuant to R.4 of the Rules governing Section 2241 cases for service on respondents. Answer/responsive pleading due July 6, 2004. (Greenberg, Rebecca) Modified on 6/14/2004 to reflect case is a 2241 petition, not 2254. (Greenberg, Rebecca). Additional attachment(s) added on 6/14/2004 (Greenberg, Rebecca). (Entered: 06/14/2004) |
| 06/22/2004 | 3 | Letter/request (non-motion) from Petitioner Robert Krilich, Sr. re: case is a 2241 petition not 2254. (Greenberg, Rebecca) (Entered: 06/24/2004) |

| | | |
|---|---|---|
| 06/24/2004 | | Remark re: letter from Petitioner (#3): On 6/14/04 the Service Order and docket was corrected to reflect this case is a 2241 petition, not 2254. On June 15, 2004, clerk sent via e-mail the PDF version of case file (including petition and 2241 Service Order) to AUSA Boal for assignment of case to an Assistant U.S. Attorney. (Greenberg, Rebecca) (Entered: 06/24/2004) |
| 07/06/2004 | 4 | MOTION for Leave to File motion to dismiss four hours late by David L. Winn.(Rynne, Michelle) (Entered: 07/08/2004) |
| 07/06/2004 | 5 | MOTION to Dismiss by David L. Winn.(Rynne, Michelle) (Entered: 07/08/2004) |
| 07/08/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 4 Motion for Leave to File to file 4 hours late. (Greenberg, Rebecca) (Entered: 07/08/2004) |
| 07/12/2004 | 6 | AMENDED PETITION for Writ of Habeas Corpus , filed by Robert Krilich Sr.(Rynne, Michelle) (Entered: 07/13/2004) |
| 07/12/2004 | 7 | MEMORANDUM in support by Robert Krilich Sr. to 6 Amended Petition for Writ of Habeas Corpus. (Rynne, Michelle) (Entered: 07/13/2004) |
| 07/12/2004 | 8 | DECLARATION of Scott Carter-Eldred re 6 Amended Petition for Writ of Habeas Corpus by Robert Krilich Sr. (Rynne, Michelle) (Entered: 07/13/2004) |
| 07/12/2004 | 9 | DECLARATION of service re 6 Amended Petition for Writ of Habeas Corpus, 7 Memorandum of Law, 8 Declaration by Robert Krilich Sr. (Rynne, Michelle) (Entered: 07/13/2004) |
| 07/13/2004 | | Return receipt received for mail sent to David Winn, Warden Delivered on 6/29/04. (Rynne, Michelle) (Entered: 07/13/2004) |

| | | |
|---|---|---|
| 07/13/2004 | ● | Return receipt received for mail sent to Attorney General's Office. (Rynne, Michelle) (Entered: 07/13/2004) |
| 07/20/2004 | ●10 | RESPONSE to Motion re 5 MOTION to Dismiss *Response to Motion to Dismiss* filed by Robert Krilich Sr.. (Tantamjarik, Peerapong) (Entered: 07/20/2004) |
| 07/20/2004 | ●11 | DECLARATION *of Scott Carter-Eldred* by Robert Krilich Sr.. (Tantamjarik, Peerapong) (Entered: 07/20/2004) |
| 07/20/2004 | ●12 | DECLARATION *of Service* by Robert Krilich Sr.. (Tantamjarik, Peerapong) (Entered: 07/20/2004) |
| 07/20/2004 | ●13 | MOTION for Extension of Time for 30 days to file opposition to motion to dismiss by Robert Krilich Sr. (Rynne, Michelle) (Entered: 07/23/2004) |
| 07/21/2004 | ● | Judge Douglas P. Woodlock : Electronic ORDER entered denying 5 Motion to Dismiss. With the assent of the parties, the motion to dismiss the pro se petition is denied without prejudice as moot in view of the Amended Petition filed by counsel on behalf of the petitioner. The Respondent shall file a motion to dismiss the Amended petition by no later than August 6, 2004. (Greenberg, Rebecca) (Entered: 07/21/2004) |
| 07/26/2004 | ●14 | MOTION to Amend *Petition for Habeas Corpus* by Robert Krilich Sr..(Tantamjarik, Peerapong) (Entered: 07/26/2004) |
| 07/26/2004 | ●15 | MEMORANDUM in Support re 14 MOTION to Amend *Petition for Habeas Corpus* filed by Robert Krilich Sr.. (Tantamjarik, Peerapong) (Entered: 07/26/2004) |
| 07/26/2004 | ●16 | DECLARATION *of Service* by Robert Krilich Sr.. (Tantamjarik, Peerapong) (Entered: 07/26/2004) |
| 08/03/2004 | ● | Judge Douglas P. Woodlock : Electronic ORDER entered granting 13 Motion for Extension of Time, |

| | | |
|---|---|---|
| | | granting 14 Motion to Amend. The response to the amended petition shall be filed 20 days after filing of the amended petition. (Greenberg, Rebecca) (Entered: 08/03/2004) |
| 08/11/2004 | 17 | MOTION for Extension of Time to until September 7, 2004 to File it's Motion to dismiss petitioner's (second) amended petition for habeas corpus. by David L. Winn.(Holik, Lori) (Entered: 08/11/2004) |
| 08/11/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 17 MOTION for Extension of Time to until September 7, 2004 to File it's Motion to dismiss petitioner's (second) amended petition for habeas corpus. (Greenberg, Rebecca) (Entered: 08/11/2004) |
| 09/07/2004 | 18 | MOTION to Dismiss Second Amended Petition for Writ of Habeas Corpus by David L. Winn.(Rynne, Michelle) (Entered: 09/09/2004) |
| 09/20/2004 | 19 | MEMORANDUM in Opposition re 18 MOTION to Dismiss *Amended Petition for Writ of Habeas Corpus* filed by Robert Krilich Sr.. (Tantamjarik, Peerapong) (Entered: 09/20/2004) |
| 09/20/2004 | 20 | CERTIFICATE OF SERVICE by Robert Krilich Sr. *Memorandum in Opposition Government's Motion to Dismiss Amended Petition for Writ of Habeas Corpus.* (Tantamjarik, Peerapong) (Entered: 09/20/2004) |
| 12/20/2004 | 21 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered granting 18 Motion to Dismiss (Woodlock, Douglas) (Entered: 12/20/2004) |
| 12/21/2004 | 22 | Judge Douglas P. Woodlock : ORDER entered ORDER DISMISSING CASE(Rynne, Michelle) (Entered: 12/21/2004) |
| 01/10/2005 | 23 | NOTICE OF APPEAL by Robert Krilich, Sr. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order |

| | | |
|---|---|---|
| | | Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/31/2005. (Attachments: # 1 Exhibit Order of Dismissal) (Tantamjarik, Peerapong) (Entered: 01/10/2005) |